UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
J.N MAR 3 1 2008
MAR 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | No. 08 CR 258 |
| --- | --- | --- |
| v. | ) | Violation: Title 18, United States Code, Section 1703(b) |
| SHEILA RENEE JORDAN | ) | |

08CR 258
MAGISTRATE JUDGE ASHMAN

### COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about July 22, 2005, at Bedford Park, in the Northern District of Illinois, Eastern Division,

SHEILA RENEE JORDAN,

defendant herein, being a Postal Service employee, namely a full-time mail processing clerk, did improperly open mail, that is, a first-class letter containing a First Midwest Bank check number 1383 in the amount of $1,015.92, which mail was not directed to her or to the office where she was employed;

In violation of Title 18, United States Code, Section 1703(b).

UNITED STATES ATTORNEY