## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 258 - 1 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. Sheila Renee Jordan | | |

**DOCKET ENTRY TEXT**

Arraignment and plea is reset to 4/14/2008 at 10:30 a.m., before Magistrate Judge Ashman in courtroom 1386.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|