## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 258 - 1 | **DATE** | 4/14/2008 |
| **CASE TITLE** | USA vs. Sheila Renee Jordan | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. Enter order appointing Daniel G. Martin from the Federal Defender Program as counsel for defendant. Status hearing set for 5/14/2008 at 10:00 a.m. Time is excludable under 18:3161(h(1)(F) (E-X).

■ [ For further detail see separate order(s).]      Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | IS |
|---|---|---|