# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

| | |
|---|---|
| IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
| IN THE CASE OF: USA vs. JORDAN | ILNCC |
| FOR: No Ill ED AT Chicago IL | |

PERSON REPRESENTED (Show your full name): **SHEILA JORDAN**

FILED APR 14 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS
Magistrate:
District Court: 08 CR 258-1
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed — Since 3/08
- Name and address of employer: CDSC Medical Billing, Mattison IL
- IF YES, how much do you earn per month? $ 450
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 1260 Mo — Unemployment 4/07 – 6/07

**CASH**
- Have you any cash on hand or money in savings or checking account? ☑ Yes ☐ No  IF YES, state total amount $ 320

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $10,000 — DESCRIPTION: 2005 Hyundai Elantra

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 03
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Auto Note | $11,000 | $420 |
| | Credit Cards | $2,000 | $50 |
| | SIR | $1,000 | $25 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **14 April 2008**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Sheila Jordan*