## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 258 - 1 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Sheila Renee Jordan | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/14/2008; and continued to 5/29/2008 at 10:15 a.m. Time is excludable under 18:3161(h)(1)(F) (E-X).

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | IS |
|---|---|---|