## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 258 - 1 | **DATE** | 6/2/2008 |
| **CASE TITLE** | USA vs. Sheila Jordan | | |

**DOCKET ENTRY TEXT**

Status hearing held on change of plea on 6/2/2008. Defendant enters plea of guilty to all counts. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 9/22/2008 at 10:00 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | IS |
|---|---|---|